JAMES CORRADO v. HUDSON COUNTY
EMPLOYEES' PENSION FUND.

January 29, 1985.

Petition for certification denied.

F.X. DUFFY, INC. v. RICHARD ZERFING.

January 29, 1985.

Petition for certification denied.

WILLIAM SIEGFRIED v. MRS. THOMAS BAKER, JR.

January 29, 1985.

Petition for certification denied.

RAYMOND SCHUYLER v. EDWARD O'LONE, SUPERINTEND-
ENT OF LEESBURG STATE PRISON.

January 29, 1985.

Petition for certification denied.